IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Benny Mook Colon, Case No. 1:19-cv-01103 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 27, 2026.


By: */s/ Bobby Saadian*
    Bobby Saadian
    WILSHIRE LAW FIRM
    3055 Wilshire Blvd., 12th Floor
    Los Angeles, CA 90010
    213-381-9988
    Fax: 213-381-9989
    Email: masstorts@wilshirelawfirm.com

*Attorney for Plaintiffs*

By: */s/ Andrea Roberts Pierson*
    Andrea Roberts Pierson
    Faegre Drinker Biddle & Reath, LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Phone: (317) 237-0300
    Fax: (317) 237-1000
    andrea.pierson@faegredrinker.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*
